# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2024

## NO. 03-22-00275-CV

**Progressive County Mutual Insurance Company, Appellant**

**v.**

**Brian Koetter and Elyssa Parven, Individually, and on behalf of themselves and for all others similarly situated, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH;
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order signed by the trial court on April 27, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.